IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 05-CR-30015-DRH** |
| ) | |
| **CARL L. PARKER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's Motion to Continue Sentencing. (Doc. 439.) The motion is unopposed. The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 439.) The sentencing is now set for April 13, 2007 at 10:30 a.m.

**IT IS SO ORDERED**.

Signed this 13th day of October, 2006.

/s/      David   RHerndon
**United States District Judge**