IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 05-CR-30015-DRH** |
| ) | |
| **CARL L. PARKER** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Carl L. Parker's Motion to Continue Sentencing. (Doc. 557.) The motion is unopposed. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 557.) The sentencing is now set for August 17, 2007 at 9:30 a.m.

**IT IS SO ORDERED**.

Signed this 11th day of April, 2007.

/s/      David   RHerndon
**United States District Judge**